# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America<br>v.<br>Stuart Trubee | CRIMINAL COMPLAINT<br>CASE NUMBER: 23-3028MJ |
|---|---|

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(u) and 924(i)(1), Theft of a Firearm from an FFL's Inventory, and 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a Stolen Firearm, offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

Digitally signed by ADDISON SANTOME
Date: 2023.01.07 12:27:38 -07'00'

Jacob Gibbons, Special Agent for ATF
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

1-7-23
Date

at Phoenix, Arizona
City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS
## COUNT 1
### Theft of a Firearm from an FFL's Inventory

From on or about October 9, 2022 to January 1, 2023, in the District of Arizona, Defendant STUART TRUBEE unlawfully stole, took, and carried away firearms, that are:

(1) Beretta, 92X RDO Compact, 9 mm pistol, SN: 92X006227;

(2) Canik, SFX Rival, 9mm pistol, SN: 22CM33675;

(3) Colt, Python, .357 caliber revolver, SN: PY264543;

(4) CZ, 75 SP-01 Tactical, 9 mm pistol, SN: B737837;

(5) CZ, 75 Compact, 9 mm pistol, SN: F084000;

(6) CZ, P-10, 9 mm pistol, SN: G089277;

(7) Glock, 41 Gen4, .45 pistol, SN: ACYB552;

(8) Glock, 48, 9mm pistol, SN: BTYH222;

(9) Glock, 19x, 9 mm pistol, SN: BWZR530;

(10) Glock, 19 Gens LE, 9 mm pistol, SN: BXPW911;

(11) Glock, 43x, 9 mm pistol, SN: BYXH874;

(12) Heckler & Koch, P30S, 9 mm pistol, SN: 129-106087;

(13) Heckler & Koch, VP9TAC, 9 mm pistol, SN: 224-394840;

(14) Heckler & Koch, USP9, 9 mm pistol, SN: 24-181228;

(15) Sig Sauer, P226, 9 mm pistol, SN: 47G005602;

(16) Sig Sauer, P320 X-Carry, 9 mm pistol, SN: 58J437324;

(17) Sig Sauer, P230-XTen, 10 mm pistol, SN: 58J495540;

(18) Sig Sauer, P365, .380ACP pistol, SN: 66F101328;

(19) Sig Sauer, P365X, 9 mm pistol, SN: 66F408092;

(20) Sig Sauer, P322, .22LR pistol, SN: 73A042374;

(21) Sig Sauer, P322 RXZE, .22LR pistol, SN: 73A048340;

(22) Sig Sauer, P320, 9 mm pistol, SN: M17A060962;

(23) Smith & Wesson, 442, .38 Special revolver, SN: DPY5797;

(24) Springfield Armory, 1911 Garrison, 9 mm pistol, SN: NM780475; and,

(25) Stoeger, STR-9 Combat, 9 mm pistol, SN: T6429-21AC00550;

which all had been shipped and transported in interstate or foreign commerce, from the business inventory of C2 Tactical, located at 7000 East Mayo Boulevard, Unit Number 1050, Phoenix, Arizona, which is a business licensed to engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

## COUNT 2

### Possession of a Stolen Firearm

On or about January 6, 2023, in the District of Arizona, Defendant STUART TRUBEE knowingly possessed stolen firearms, that are:

(1) Beretta, 92X RDO Compact, 9 mm pistol, SN: 92X006227;

(2) Canik, SFX Rival, 9mm pistol, SN: 22CM33675;

(3) Colt, Python, .357 caliber revolver, SN: PY264543;

(4) CZ, 75 SP-01 Tactical, 9 mm pistol, SN: B737837;

(5) CZ, 75 Compact, 9 mm pistol, SN: F084000;

(6) CZ, P-10, 9 mm pistol, SN: G089277;

(7) Glock, 41 Gen4, .45 pistol, SN: ACYB552;

(8) Glock, 48, 9mm pistol, SN: BTYH222;

(9) Glock, 19x, 9 mm pistol, SN: BWZR530;

(10) Glock, 19 Gens LE, 9 mm pistol, SN: BXPW911;

(11) Glock, 43x, 9 mm pistol, SN: BYXH874;

(12) Heckler & Koch, P30S, 9 mm pistol, SN: 129-106087;

(13) Heckler & Koch, VP9TAC, 9 mm pistol, SN: 224-394840;

(14) Heckler & Koch, USP9, 9 mm pistol, SN: 24-181228;

(15) Sig Sauer, P226, 9 mm pistol, SN: 47G005602;

(16) Sig Sauer, P320 X-Carry, 9 mm pistol, SN: 58J437324;

(17) Sig Sauer, P230-XTen, 10 mm pistol, SN: 58J495540;

(18) Sig Sauer, P365, .380ACP pistol, SN: 66F101328;

(19) Sig Sauer, P365X, 9 mm pistol, SN: 66F408092;

(20) Sig Sauer, P322, .22LR pistol, SN: 73A042374;

(21) Sig Sauer, P322 RXZE, .22LR pistol, SN: 73A048340;

(22) Sig Sauer, P320, 9 mm pistol, SN: M17A060962;

(23) Smith & Wesson, 442, .38 Special revolver, SN: DPY5797;

(24) Springfield Armory, 1911 Garrison, 9 mm pistol, SN: NM780475; and,

(25) Stoeger, STR-9 Combat, 9 mm pistol, SN: T6429-21AC00550;

which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

# ATTACHMENT B

# STATEMENT OF PROBABLE CAUSE

I, Jacob Gibbons, a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since June of 2018. I am presently a member of the ATF Phoenix Field Division Group II. As a SA of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code (U.S.C.) and the Arizona Revised Statutes (A.R.S.). I have previously participated in investigations which resulted in the arrests, searches, and seizures of individuals and property. During my career with ATF, I have participated in or received training in the use of cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques. Additionally, I have participated in controlled purchases of narcotics and/or firearms from targets of law enforcement investigations. Prior to my employment with ATF, I was employed with the Blount County Sheriff's Office (BCSO), Maryville, Tennessee as a Deputy Sheriff from December of 2012 to May of 2018. During my employment with BCSO, I served in several positions, including Patrol Deputy, School Resource Officer, Firearms Instructor, and SWAT Operator, and participated in a wide range of investigations regarding narcotics possession and distribution, violent crimes, and firearm-related crimes. Based on my training and experience, I am familiar with methods used by the criminal element to further a variety of criminal activities.

2.  Pursuant to my employment with the ATF, I attended the Criminal Investigator Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia, where I received fundamental training in the techniques, concepts, and methodologies of conducting criminal investigations. I also attended Special Agent Basic Training at the ATF National Academy located in Glynco, Georgia, where I received extensive training on investigating various violations of federal law. While at the ATF Academy, I received specific training in firearms technology and firearms regulations. I have been involved in numerous investigations into the unlawful use and possession of firearms and conspiracies associated with criminal firearms offenses. To successfully conduct these investigations, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance involving various types of informants and cooperating sources.

3.  The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that STUART TRUBEE committed Theft of a Firearm from an FFL's Inventory in violation of Title 18, U.S.C. §§ 922(u) and 924(i)(1), and Possession of a Stolen Firearm, in violation of Title 18, U.S.C. §§ 922(j) and 924(a)(2).

## PROBABLE CAUSE

4.  On January 3, 2023, the ATF Phoenix Field Division received a telephone call from the Phoenix Police Department (PPD). PPD informed ATF that they were investigating the theft of approximately twenty-five (25) firearms from C2 Tactical, a Federal Firearms Licensee (FFL), located at 7000 East Mayo Boulevard, Unit Number 1050, Phoenix, Arizona 85054. PPD had been contacted by the business owner who claimed to have video footage showing an employee, later identified as Stuart TRUBEE, stealing at least one of the firearms.

5. On January 4, 2023, ATF and PPD attended a meeting with Vincent Paul Vasquez, who is the co-owner and managing member (referred to as General Manager (GM)) of C2 Tactical. GM Vasquez stated that C2 Tactical conducts regularly scheduled quarterly inventory inspections of their firearms at each of their locations. The last inventory at the Phoenix location took place on October 9, 2022.

6. On January 1, 2023, a quarterly inventory for the Phoenix location was completed and twenty-five (25) firearms were missing or otherwise unaccounted for. According to GM Vasquez, this number of missing firearms is highly irregular and warranted further investigation. A missing firearms list was compiled and given to law enforcement personnel from both ATF and PPD.

7. GM Vasquez explained that C2 Tactical ships and receives firearms in one area of their facility. They display firearms on the sales floor during business hours, but they store the firearms in a secured vault after hours with the rest of the inventory. The business has surveillance cameras mounted throughout the facility, to include the shipping/receiving room and the firearms vault.

8. One of the firearms from the provided list of missing firearms (Colt, Python, .357 caliber revolver, Serial Number (SN): PY264543) was uniquely identifiable to GM Vasquez because it was a trade-in, had a blue box, and was stored in a specific location in the vault. GM Vasquez stated he reviewed surveillance footage to determine when and how it came to be missing. In reviewing the footage, he observed that on December 2, 2022, TRUBEE entered the secure vault using his assigned access card, removed the firearm box containing the firearm from the shelf and the vault, and placed it in a backpack known to belong to TRUBEE. GM Vasquez also observed TRUBEE take the backpack, leave the store at the conclusion of his shift, and walk outside to a vehicle.

9. GM Vasquez explained the only reason any employee would be allowed to remove products from the business, including firearms off the store premises, would be for a demonstration. However, he explained employees are required to have written permission from specific high-level management prior to demonstrations. GM Vasquez

stated TRUBEE was not authorized to remove C2 Tactical property from the premises, nor approved to do demonstrations.

10. GM Vasquez stated TRUBEE began his employment at C2 Tactical on or about September 6, 2022. TRUBEE appeared to be well-liked by coworkers and was former military.

11. GM Vasquez told investigators the vault used to store firearms was accessible to employees utilizing an electromagnetic access card and card reader. Each entry is logged electronically with a time and date "stamp", and each card is issued to the authorized employee by their first and last name. GM Vasquez provided a list of TRUBEE's recorded vault entries to investigators. It should be noted, between November 5, 2022 (the earliest available records) and December 28, 2022, TRUBEE had twenty-eight (28) days of recorded entries using his individually assigned vault access card.

12. GM Vasquez generalized that the video surveillance system retains approximately two (2) months of video footage before recycling and erasing the oldest footage and writing over it with new data. At the time, the oldest available surveillance footage dated back to November 5, 2022. In addition to the December 2, 2022, theft of the Colt firearm, GM Vasquez identified two additional dates in which TRUBEE removed firearms from inventory. GM Vasquez provided ATF and PPD with video clips of the surveillance footage. The following specific instances were corroborated after review of footage by investigators:

    a. On November 5, 2022, at approximately 7:30 p.m., a subject identified as TRUBEE was observed on surveillance footage removing a box known to contain a firearm from the vault, placing it in his backpack, and walking out of the store.



b.  On November 10, 2022, at approximately 5:40 p.m., a subject identified as TRUBEE was observed returning two (2) firearms to the vault from the sales floor, placing one firearm in the vault, and placing the other in his backpack.



c. On December 2, 2022, at approximately 2:30 p.m., a subject identified as TRUBEE was observed removing the previously mentioned blue box known to contain the Colt Python, SN: PY264543, placing it in his backpack, and walking out of the store. This video corroborated GM Vasquez's statement.



d. It should be noted, based on the review of multiple camera angles, it appeared TRUBEE walked directly from the vault to his backpack in the receiving area of the store, placed the blue box containing the firearm into his backpack, and then walked directly out the back door of the business.

13. GM Vasquez provided a list of twenty-five (25) missing firearms; however, only this one firearm, the Colt Python, SN: PY264543, was able to be specifically identified based on the review of surveillance footage and victim testimony at the time of the search warrant. Law Enforcement is continuing to review the surveillance footage.

14. Firearms listed as missing/stolen below, include "Acquired From" information obtained from the FFL acquisition and disposition records required to be maintained by an FFL pursuant to ATF regulation. The following twenty-five (25) firearms were listed as missing by C2 Tactical:

| # | Serial | Manufacturer | Model | Type | Caliber | Acquire Date | Aquired From | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | 92X0062277 | Beretta | 92X RDO COMPACT | Pistol | 9MM | 6/24/2022 | RSR Group Inc. | $650.00 | $789.00 |
| 3 | 22CM33675 | Canik | SFX RIVAL | Pistol | 9MM | 9/30/2022 | Sports South LLC | $542.39 | $659.99 |
| 4 | PY264543 | Colt | PYTHON | Revolver | 357MAG | 9/2/2022 | Sports South LLC | $1,275.00 | $1,895.00 |
| 5 | B737837 | CZ | 75 SP-01 TACTICAL | Pistol | 9MM | 11/28/2018 | | $713.70 | $849.95 |
| 6 | F084000 | CZ | 75 COMPACT | Pistol | 9MM | 5/5/2021 | RSR Group Inc. | $499.00 | $715.00 |
| 7 | G089277 | CZ | P-10 | Pistol | 9MM | 7/28/2022 | Sports South LLC | $403.72 | $629.00 |
| 8 | ACYB552 | Glock | 41 GEN4 | Pistol | 45ACP | 4/27/2018 | Bill Hicks & CO LTD | $587.00 | $686.00 |
| 9 | BTYH222 | Glock | 48 | Pistol | 9MM | 7/9/2021 | | $394.00 | $468.00 |
| 10 | BWZR530 | Glock | 19X | Pistol | 9MM | 8/30/2022 | RSR Group Inc. | $518.00 | $608.00 |
| 11 | BXPW911 | Glock | 19 GENS LE | Pistol | 9MM | 7/8/2022 | | $380.00 | $492.00 |
| 12 | BYXH874 | Glock | 43X | Pistol | 9MM | 11/22/2022 | Amchar Wholesale, Inc. | $394.00 | $468.00 |
| 13 | 129-106087 | Heckler & Koch | P30S | Pistol | 9MM | 3/11/2022 | | $629.00 | $839.00 |
| 14 | 224-394840 | Heckler & Koch | VP9TAC | Pistol | 9MM | 11/11/2022 | | $849.00 | $999.00 |
| 15 | 24-181228 | Heckler & Koch | USP9 | Pistol | 9MM | 7/15/2022 | Smokin Barrel Guns Inc. | $969.00 | $1,099.00 |
| 16 | 47G005602 | SIG SAUER | P226 | Pistol | 9MM | 10/8/2022 | | $1,759.00 | $2,099.00 |
| 17 | 58J437324 | SIG SAUER | P320 X-CARRY | Pistol | 9MM | 11/29/2022 | RSR Group Inc. | $871.00 | $1,049.99 |
| 18 | 58J495540 | SIG SAUER | P320-XTEN | Pistol | 10MM | 10/19/2022 | RSR Group Inc. | $697.00 | $869.99 |
| 19 | 66F101328 | SIG SAUER | P365 | Pistol | 380ACP | 9/21/2022 | RSR Group Inc. | $448.00 | $549.99 |
| 20 | 66F408092 | SIG SAUER | P365X | Pistol | 9MM | 12/1/2022 | RSR Group Inc. | $697.00 | $849.99 |
| 21 | 73A042374 | SIG SAUER | P322 | Pistol | 22LR | 9/16/2022 | | $351.00 | $449.99 |
| 22 | 73A048340 | SIG SAUER | P322 RXZE | Pistol | 22LR | 9/16/2022 | | $479.00 | $599.99 |
| 23 | M17A060962 | SIG SAUER | P320 M17 | Pistol | 9MM | 9/21/2022 | RSR Group Inc. | $566.00 | $669.99 |
| 24 | DPY5797 | Smith & Wesson | 442 | Revolver | 38SPCL | 10/14/2022 | | $418.00 | $549.00 |
| 25 | NM780475 | Springfield Armory | 1911GARRISON | Pistol | 9MM | 10/19/2022 | RSR Group Inc. | $868.00 | $839.00 |
| 26 | T6429-21AC00550 | Stoeger | STR-9 COMBAT | Pistol | 9MM | 12/22/2021 | | $285.00 | $539.00 |
| 27 | | | | | | | | $16,242.81 | $20,262.87 |

15. Your affiant knows, through training and experience as a Firearms Interstate Nexus Expert and ATF SA, that all of the above listed firearms reported missing were not manufactured in the state of Arizona, and therefore traveled in and affected interstate commerce.

16. On January 6, 2023, ATF executed a federal search warrant at TRUBEE's residence. All twenty-five (25) firearms listed above were found in his residence.





17. After being read his *Miranda* warnings and agreeing to speak to law enforcement, agents questioned TRUBEE. TRUBEE admitted to taking the firearms from C2 Tactical. He also admitted to stealing 4 knives from C2 Tactical.

## CONCLUSION

18. For these reasons, your Affiant submits that there is probable cause to believe STUART TRUBEE committed Theft of a Firearm from an FFL's Inventory, in violation of Title 18, United States Code (U.S.C.) §§ 922(u) and 924(i)(1), and Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

19. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

JACOB GIBBONS
Special Agent
The Bureau of Alcohol, Tobacco, Firearms and Explosives


Sworn to and subscribed telephonically this ___ day of January, 2023.

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge